No. 88–512. MICHIGAN *v.* HARVEY. Ct. App. Mich. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 88–840. GOLDEN STATE TRANSIT CORP. *v.* CITY OF LOS ANGELES. C. A. 9th Cir. Certiorari granted limited to the following question: "Whether in the absence of a direct violation of a federal statute, an allegation that a state statute is preempted by a federal statute is cognizable under 42 U. S. C. § 1983?"

No. 88–5909. MCKOY *v.* NORTH CAROLINA. Sup. Ct. N. C. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 88–6075. JAMES *v.* ILLINOIS. Sup. Ct. Ill. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 88–541. NORTH CAROLINA *v.* TARANTINO. Sup. Ct. N. C. Certiorari denied.

No. 88–614. 9/1 KG CONTAINERS, MORE OR LESS, OF AN ARTICLE OF DRUG FOR VETERINARY USE ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 88–687. LIBERTY LOBBY, INC. *v.* REES ET AL. C. A. D. C. Cir. Certiorari denied.

No. 88–701. INTERNATIONAL ASSOCIATION OF MACHINISTS & AEROSPACE WORKERS, DISTRICT LODGE NO. 19 *v.* SOO LINE RAILROAD CO. C. A. 8th Cir. Certiorari denied.